IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORTHWEST COALITION FOR ALTERNATIVES TO PESTICIDES, <br><br> Plaintiff, <br><br> v. <br><br> CHRISTINE WHITMAN, ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, <br><br> Defendant. | Civ. No. 1:00CV02483 PLF |
| STATE OF NEW YORK, STATE OF CONNECTICUT, STATE OF ALASKA and COMMONWEALTH OF MASSACHUSETTS, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and CHRISTINE TODD WHITMAN, <br><br> Defendants. | Civ. No. 1:01 CV00379 PLF <br><br> (Consolidated Cases) |

STIPULATION OF DISMISSAL PURSUANT TO FRCP 41[a][1][ii]
(As To Civ. No. 1:01 CV00379 Only)

Plaintiffs, the State of New York, the State of Connecticut, the State of Alaska, and the Commonwealth of Massachusetts, and Defendants, the United States Environmental Protection Agency and Christine Todd Whitman, in Civ. No. 1:01CV00379 hereby stipulate and agree that



this action, Civ. No. 1:01CV00379 only, may be and hereby is dismissed, without costs or attorneys' fees being awarded to any party against any other party.

Dated: October ___, 2001

        JOHN C. CRUDEN
        Acting Assistant Attorney General
        Environment and Natural Resources Division

By:   */s/ Michele L. Walter*
        Michele L. Walter, Trial Attorney
        Neb. Bar No. 21347
        United States Department of Justice
        Environment and Natural Resources Division
        Environmental Defense Section
        P.O. Box 23986
        Washington, DC 20026-3986
        Telephone: (202) 514-3376
        Facsimile: (202) 616-0013

        Counsel for Defendants

ELIOT SPITZER
Attorney General of the
State of New York
Attorney for Plaintiff
State of New York

By:   */s/ Karen R. Kaufmann*
Karen R. Kaufmann
N.Y. Bar No. 510705
Assistant Attorney General
New York State Department of Law
The Capitol
Albany, NY 12224
(518) 486-4551

RICHARD BLUMENTHAL
Attorney General of the
State of Connecticut
Attorney for Plaintiff
State of Connecticut

By:   */s/ Janet Brooks*
Janet Brooks
Assistant Attorney General

BRUCE BOTELHO
Attorney General of the
State of Alaska
Attorney for Plaintiff
State of Alaska

By:   */s/ Christopher Kennedy*
Christopher Kennedy
Assistant Attorney General

THOMAS F. REILLY
Attorney General of the
Commonwealth of Massachusetts
Attorney for Plaintiff
Commonwealth of Massachusetts

By: _____*J. Andrew Goldberg* ARK_____
I. Andrew Goldberg
Assistant Attorney General

*Approved*

*Paul L. Friedman*

*US District Judge*

*October 26, 2001*

## CERTIFICATE OF SERVICE

It is hereby certified that on October 19, 2001, a true and correct copy of the foregoing Stipulation of Dismissal Pursuant to FRCP 41[a][1][ii] (As To Civ. No. 1:01 CV00379 Only) was served by first class mail, postage prepaid, upon the following counsel of record:

> MICHAEL AXLINE
> Western Environmental Law Center
> 1216 Lincoln Street
> Eugene, OR 97401
>
> *Counsel for Plaintiff*
> *Northwest Coalition for Alternatives to Pesticides*
>
> DEBRA S. KATZ
> LISA J. BANKS
> Bernabei & Katz, PLC
> 1773 T Street, N.W.
> Washington, D.C. 20009
>
> *Local Counsel for Plaintiff*
> *Northwest Coalition for Alternatives to Pesticides*
>
> KAREN R. KAUFMANN
> Asst. Attorney General
> New York State Dep't of Law
> Environmental Protection Bureau
> The Capitol
> Albany, NY 12224
>
> *Counsel for Plaintiffs*
> *The State of New York, et al.*

_____
MICHELE L. WALTER